UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DE JONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  1:24-cv-00381-EPG<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d)<br><br>(ECF No. 23) |

　　　　On December 30, 2024, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), seeking an award of $7,460.90. (ECF No. 23). On January 6, 2025, Defendant filed a response stating, "Defendant has no objection to Plaintiff's request for attorney fees (ECF No. 23) and defers to the Court's assessment." (ECF No. 26); *see* Local Rule 230(c) (directing parties to file a statement of non-opposition to motions they do not oppose). The parties previously consented to the undersigned handling all proceedings in this action. (ECF No. 20).

　　　　Upon review of the motion, and based on the non-opposition to it, the Court will grant Plaintiff's motion for attorney's fees.

　　　　Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for attorney's fees (ECF No. 23) is GRANTED.
2. Attorney fees in the amount $7,460.90 are awarded to Plaintiff.

3. If Plaintiff has no debt registered with the Department of Treasury subject to offset, then the fee award shall be made payable to Plaintiff's attorney.

4. Plaintiff's counsel shall serve a copy of this order on Plaintiff.

IT IS SO ORDERED.

Dated: **January 7, 2025**                   /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE